# United States District Court
# Central District of California

| | |
|---|---|
| LEYLA TORRES; CARLOS CALERO,<br><br>       Plaintiffs,<br><br>    v.<br><br>FOELL & ELDER,<br><br>       Defendant. | Case No. 5:14-cv-01050-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE.<br>SETTLEMENT** |

On June 30, 2014, the parties informed the Court that they reached a settlement in this matter and expect to file a stipulated dismissal with prejudice in 45 days. The Court accordingly **VACATES** all outstanding dates and deadlines in this action and **ORDERS** the parties to **SHOW CAUSE** in writing by **Friday, August 15, 2014**, why they have not finalized settlement. No hearing will be held. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

July 1, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**