1  FOELL & ELDER
   WILLIAM N. ELDER JR.  STATE BAR NO. 110463
2  3818 E. La Palma Avenue
   Anaheim, California 92807
3  Telephone (714) 999-1100
   Telefax   (714) 630-3300
4

5
   DEFENDANT
6  OUR FILE NO. F0052-004.011EOO

7
                                              JS-6
8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA
           EASTERN DIVISION OF CENTRAL DISTRICT
10

11 LEYLA TORRES AND CARLOS CALERO  ]  CIVIL ACTION NO.
                                   ]  5:14-CV-1050 ODW (MANx)
12                                 ]
                   Plaintiffs      ]  ORDER DISMISSING
13                                 ]  COMPLAINT WITH PREJUDICE
                                   ]
14 vs.                             ]
                                   ]
15 FOELL & ELDER                   ]
                                   ]
16                                 ]
                   Defendants      ]
17                                 ]
                                   ]
18

19     TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:

20     Pursuant to the Stipulation for Dismissal of Complaint With

21 Prejudice entered into between the parties, the Court Orders the

22 following:

23     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the within

24 Complaint be Dismissed With Prejudice.

25     IT IS SO ORDERED:

26
                                   _____
27 DATED: July 23, 2014
                                   THE HONORABLE OTIS D. WRIGHT,
28                                 UNITED STATES DISTRICT JUDGE

                                1
Order Dismissing Complaint With Prejudice